Sandra DANIELS; Timothy Marsolf, Lead Relator and on behalf of all relators; Gary Haugen; George C. Stone; Terry L. Perkins; William W. McCoy, Jr.; John T. Davis; Tod J. Callahan; Shawn M. Newcomb; William J. Adams; David R. Taylor; David L. Robins; Teddy G. Dummire; David E. Hart; Clayton L. Howard; David W. Tribett, Plaintiffs,

and

Keith Christenson; Robert W. Johnston; Neil D. Pake; Scott R. Smith; David R. Durham; Robert A. Collins; Mark S. Huesser; Richard Grooms; Terry J. Staley, Plaintiffs–Appellants,

v.

Bill COGSWELL; Ira Blalock; Elizabeth Browne; Chalmers Jones; Elizabeth L. Taylor, Defendants–Appellees.

No. 00–35299.

D.C. No. CV–79–0651–HA.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 23, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

**1.** The panel unanimously finds this case suitable for decision without oral argument and denies appellants' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM [2]

Nine Oregon state prisoners appeal pro se the district court's order denying their various post-judgment motions, including motions to reactivate a 1979 judgment to bring in new claims.

We affirm for the reasons stated in the district court's order filed on February 17, 2000.

AFFIRMED.

---

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

